UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMES CARL CALLAHAN #96379              CIVIL ACTION NO. 20-cv-230 SEC P

VERSUS                                  JUDGE ELIZABETH E. FOOTE

COL. TOLLIVER, ET AL.                   MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Col. Tolliver's Motion for Summary Judgment (Doc. 18) is granted and that all claims asserted in Plaintiff's complaint are dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____21st____ day of ____December____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE